| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0536 5:05-50037-01 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:17-CR-00230 DAD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Richard Wayne Jeffcoats | Western | Shreveport |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable S. Maurice Hicks, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/15/2017 | TO 02/14/2022 |

**FILED OCT 05 2017 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY ___ DEPUTY CLERK**

OFFENSE

Conspiracy to Possess With Intent to Distribute Fifty (50) Grams or More of Methamphetamine or Five Hundred (500) Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine. 21 USC 841a. Possession of a Firearm in Relation to a Drug Trafficking Crime, 18 USC 924c

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Louisiana__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Eastern District of California - Fresno Division__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/5/17
*Date*

*/s/ Maurice Hicks*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __California__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/5/17
*Effective Date*

*/s/ Dale A. Drozd*
*United States District Judge*