| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Richard Wayne Jeffcoats |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00230-DAD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| vs. | ) |
| | ) DATE: November 8, 2017 |
| RICHARD WAYNE JEFFCOATS, | ) TIME: 2:00 p.m. |
| | ) JUDGE: Hon. Sheila K. Oberto |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for October 18, 2017 before the Honorable Erica P. Grosjean may be continued to November 8, 2017 at 2:00 p.m. before the Honorable Sheila K. Oberto.

This one count violation petition revolves around an incident which, if filed as a criminal offense, would be filed by state court authorities. At the present time, the parties do not believe charges have been filed. However, the parties would like to inquire further with the state agencies involved before determining how to proceed on this case. Defense would like the additional time for further investigation and preparation purposes.

Both counsel for the government, as well as the probation officer on the case, are agreeable to the requested date.

As this is a supervised release petition, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: October 13, 2017  /s/ Jeffrey Spivak
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: October 13, 2017  /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RICHARD WAYNE JEFFCOATS

# **O R D E R**

IT IS SO ORDERED that the status conference in the above entitled case shall be continued to November 8, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated: **October 16, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE