HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Richard Wayne Jeffcoats

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00230-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| RICHARD WAYNE JEFFCOATS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for January 31, 2018 before the Honorable Stanley A. Boone may be continued to April 3, 2018 at 2:00 p.m. before the Honorable Barbara A. McAuliffe.

This one count violation petition revolves around an incident that has been filed as a misdemeanor in Merced County Superior Court. All parties would like to get more information on the state court proceeding, which has just recently been filed. Defense would like the additional time for further investigation and preparation purposes as well.

Both counsel for the government, as well as the probation officer on the case, are agreeable to the requested date.

As this is a supervised release petition, no exclusion of time is necessary under the

Speedy Trial Act.

                                                  Respectfully submitted,

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

DATED: January 22, 2018                          */s/ Jeffrey Spivak*
                                                  JEFFREY SPIVAK
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

DATED: January 22, 2018                          */s/ Charles J. Lee*
                                                  CHARLES J. LEE
                                                  Assistant Federal Defender
                                                  Attorneys for Defendant
                                                  RICHARD WAYNE JEFFCOATS

## **O R D E R**

IT IS SO ORDERED that the status conference in the above entitled case shall be continued to April 3, 2018 at 2:00 p.m.

IT IS SO ORDERED.

Dated: **January 22, 2018**

                                                  UNITED STATES MAGISTRATE JUDGE