| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Richard Wayne Jeffcoats |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00230-DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| vs. | ) | |
| | ) | DATE: April 30, 2018 |
| RICHARD WAYNE JEFFCOATS, | ) | TIME: 2:00 p.m. |
| | ) | JUDGE: Hon. Sheila K. Oberto |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for April 3, 2018 before the Honorable Barbara A. McAuliffe may be continued to April 30, 2018 at 2:00 p.m. before the Honorable Sheila K. Oberto.

This one count violation petition revolves around an incident that has been filed as a misdemeanor in Merced County Superior Court. Mr. Jeffcoats has invoked his right to a speedy jury trial on that case, which is currently set for trial on April 17, 2018 in courtroom 5 of the Merced Superior Court. All parties would like to see the outcome of the state case before proceeding on the federal violation. Defense would like the additional time for further investigation and preparation purposes as well.

Both counsel for the government, as well as the probation officer on the case, are

agreeable to the requested date.

As this is a supervised release petition, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: March 23, 2018      */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: March 23, 2018      */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RICHARD WAYNE JEFFCOATS

# O R D E R

IT IS SO ORDERED that the 2nd Status Conference re Violation of Supervised Release as to Richard Wayne Jeffcoats is continued from April 3, 2018 at 2:00 p.m. before Judge McAulife to April 30, 2018 at 2:00 p.m. before Judge Oberto.

IT IS SO ORDERED.

Dated: **March 26, 2018**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE