HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Richard Wayne Jeffcoats

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00230-DAD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) ) | DATE: May 30, 2018 |
| RICHARD WAYNE JEFFCOATS, | ) ) | TIME: 2:00 p.m. JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for April 30, 2018 may be continued to May 30, 2018 at 2:00 p.m.

This one count violation petition revolves around an incident that has been filed as a misdemeanor in Merced County Superior Court. Mr. Jeffcoats has invoked his right to a speedy jury trial on that case, which is was set for trial on April 17, 2018 in courtroom 5 of the Merced Superior Court. At that court hearing, because the main case officer was out on medical leave, the jury trial was reset for May 1, 2018. As all parties would like to see the outcome of the state case before proceeding on the federal violation, a further continuance of the status conference is requested.

Both counsel for the government, as well as the probation officer on the case, are

agreeable to the requested date.

As this is a supervised release petition, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: April 18, 2018  /s/ Jeffrey Spivak
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: April 18, 2018  /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RICHARD WAYNE JEFFCOATS

# **O R D E R**

IT IS SO ORDERED that the status conference in the above entitled case shall be continued to May 30, 2018 at 2:00 p.m.

IT IS SO ORDERED.

Dated: **April 18, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE