# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD WAYNE JEFFCOATS,<br><br>　　　　　Defendant. | No. 1:17-cr-00230-DAD<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release) |

　　　　The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

　　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

☐　　The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

☒　　The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

　　　　This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

　　　Dated:　**August 6, 2018**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE