HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD WAYNE JEFFCOATS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:17-cr-00230-DAD |
| | ) | |
| Plaintiff, | ) | ORDER FOR RELEASE |
| | ) | FOR RICHARD WAYNE |
| vs. | ) | |
| | ) | |
| RICHARD WAYNE JEFFCOATS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that defendant Richard Wayne Jeffcoats (Fresno County Sheriff's Booking No. 1828797; Person ID 7085667) shall be released to Kevin Mitchel of the Federal Defender's Office, from the Fresno County Jail on Tuesday, August 28, 2018, at 9:00 a.m. for transportation to the Teen Challenge International program.

IT IS SO ORDERED.

Dated: **August 27, 2018**

_____
UNITED STATES DISTRICT JUDGE

-1-